IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                              CASE NO: 1:04cr19-SPM

GARY M. JONES,

        Defendant.
_____/

## FINAL ORDER OF FORFEITURE AS TO ALL PARTIES

THIS CAUSE is before the Court on the Motion of the United States of America for a Final Order Of Forfeiture As To All Parties as to the following property:

        One Glock .45 caliber handgun, serial #DTF565
        One Kodak digital cameral, model #DX3500
        One Sony Cyber Shot digital camera, model #DSC-S70
        One Compac Presario laptop computer, model #1210US

WHEREAS, on November 13, 2003, this Court entered a Preliminary Order Of Forfeiture against the property described above; and

WHEREAS, on September 25, 2005, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of the forfeiture of the property above and the intent of the United States of America to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition within thirty (30) days of the final publication setting forth their interest in said property; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

DONE AND ORDERED this 4th day of November, 2005, at Gainesville, Florida.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge